FILED
U.S. DISTRICT COURT

2007 MAY 24 PM 2: 31

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DUSHAWN AVERY CALHOUN, | ) | |
| Plaintiff, | ) | |
| v. | ) | CV 307-002 |
| FRED BURNETTE, Warden, and ROBIN MCLIN, Sergeant, | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendant Fred Burnette is **DISMISSED** from this case.

SO ORDERED this 24th day of May, 2007.

JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE