IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| DUSHAWN AVERY CALHOUN, | ) |
| Plaintiff, | ) |
| v. | ) CV 307-002 |
| ROBIN MCLIN, Sergeant, | ) |
| Defendant. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's "Request for Entry of Default" (doc. no. 13) is **DENIED**.

SO ORDERED this 21 day of April, 2008.

JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE